Accordingly, an order will issue providing the injunctive relief requested.

---

**INTERCARGO INSURANCE CO., f/k/a International Cargo & Surety Co., (Surety for M. Genauer) Plaintiff,**

**v.**

**UNITED STATES, Defendant.**

**Slip Op. 97–59.**

**Court No. 92–09–00595.**

United States Court of International Trade.

May 1, 1997. *

### *ORDER*

MUSGRAVE, Judge.

Upon reading defendant's motion to dismiss; upon considering plaintiffs response thereto, if any, and other papers and proceedings had herein, it is hereby

ORDERED that defendant's motion is granted and this action is dismissed.